UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

LAW FIRM OF BRIAN W. HOFMEISTER, LLC
By: Brian W. Hofmeister, Esq.
3131 Princeton Pike
Building 5, Suite 110
Princeton, New Jersey  08648
(609) 890-1500
(609) 890-6961 - fax
bwh@hofmeisterfirm.com
Attorneys for Barry W. Frost, Chapter 7 Trustee

| In Re: | Case No.: 18-20555 |
|---|---|
| ICONIC CONSTRUCTION, LLC | Chapter 7 |
|  | Judge: MBK |

## NOTICE OF MOTION SEEKING ENTRY OF AN ORDER APPROVING PRIVATE SALE AND GRANTING RELATED RELIEF

United States Trustee's Office
One Newark Center
Suite 2100
Newark, NJ 07102

Kurt E. Reinheime, Esq.
Reinheimer & Reinheimer
2494 Moore Road, Suite 4
Toms River, NJ 08753
(Counsel for Debtor)

Mark Petkovich
356 Salem Street
New Milford, NJ 07646
(Potential Purchaser)

**PLEASE TAKE NOTICE** that the undersigned, attorneys for Barry W. Frost, Chapter 7 Trustee for the Debtor Estate of Iconic Construction, LLC ("Trustee") herein, shall appear before the Honorable Michael B. Kaplan, Judge, United States Bankruptcy Court, 402 East State Street, Trenton, New Jersey,

on the 6th day of August, 2018 at 10:00 in the forenoon, or as soon thereafter as counsel may be heard and shall apply for an Order Approving Private Sale and Granting Related Relief.

**YOUR RIGHTS MAY BE AFFECTED.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).

**PLEASE TAKE FURTHER NOTICE** that, if you do not want the Court to enter an Order, or if you want the Court to consider your views on this Motion, then on or before July 30, 2018, you or your attorney must:

File, with the Court, a written objection to this Motion, explaining your position to the Clerk, United States Bankruptcy Court, 402 East State Street, Trenton, New Jersey 08608;

If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before July 30, 2018. You must also serve a copy upon Brian W. Hofmeister, Esq., Law Firm of Brian W. Hofmeister, LLC, 3131 Princeton Pike, Building 5, Suite 110, Lawrenceville, New Jersey 08648; and

You must attend the hearing scheduled to be held on August 6, 2018 at 10:00 a.m. at 402 East State Street, Trenton, New Jersey.

**PLEASE TAKE FURTHER NOTICE** that if you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in this Motion and may enter an order granting the relief requested.

**PLEASE TAKE FURTHER NOTICE** that the undersigned shall rely upon the annexed Application. In addition, if objections are submitted, the undersigned will be appearing for oral argument at the hearing.

**PLEASE TAKE FURTHER NOTICE** that the within Motion requests that the Court enter an Approving Private Sale and Granting Related Relief, and said Motion is based largely on the facts as

outlined in the Application in support of the within Motion and the Application submitted herewith.

        LAW FIRM OF BRIAN W. HOFMEISTER, LLC
        Attorneys for Barry W. Frost, Chapter 7 Trustee for the Debtor
        Estate of Iconic Construction, LLC


BY:    */s/Brian W. Hofmeister*
        Brian W. Hofmeister

Dated: July 2, 2018